# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BACKERTOP LICENSING LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**AUGUST HOME, INC.,**<br><br>    Defendant. | **CIVIL ACTION NO.: 1:22-cv-573-CFC**<br><br>**JURY TRIAL DEMANDED** |

## CORRECTED NOTICE OF VOLUNTARY DISMISSAL

The plaintiff Backertop Licensing LLC ("Backertop" or "Plaintiff") – pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) – hereby voluntarily dismisses all claims against the defendant in this action WITHOUT PREJUDICE. The defendant has not answered or moved for summary judgment.

September 21, 2022

Respectfully Submitted,

By: */s/ Jimmy Chong*

Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

**ATTORNEY FOR PLAINTIFF
BACKERTOP LICENSING LLC**

[1]

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with the Local Rules. As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5 and Local Rules, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 21st day of September, 2022.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)