## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BACKERTOP LICENSING LLC,** | |
| Plaintiff, | Civil Action No.: 1:22-cv-00573-CFC |
| v. | |
| **AUGUST HOME, INC.,** | |
| Defendant. | |
| **BACKERTOP LICENSING LLC,** | |
| Plaintiff, | Civil Action No.: 1:22-cv-0572-CFC |
| v. | |
| **CANARY CONNECT, INC.** | |
| Defendant. | |

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
## THE JUNE 8, 2023 TRANSCRIPT

This Court, having considered Plaintiff's Motion to Seal the June 8, 20323

Transcript, and having considered Defendant's response thereto, if any;

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  The June

8, 2023 hearing transcript will be sealed and not made public.

SO ORDERED this____day of June, 2023.

_____
UNITED STATES CHIEF DISTRICT JUDGE