# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Backertop Licensing LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>August Home, Inc.,<br><br>　　　　Defendant. | Case No. 1:22-cv-00573-CFC |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure which states that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared, Plaintiff Backertop Licensing LLC ("Backertop") and Defendant August Home Inc. ("August Home") stipulate to dismiss the action with prejudice, with each Party to bear their own costs, expenses, and attorneys' fees.

Dated: June 20, 2023

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| FISH & RICHARDSON P.C.<br>By: */s/ Jeremy D. Anderson*<br>Jeremy D. Anderson (#4515)<br>222 Delaware Ave., 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19801<br>(302) 652-5070 (Telephone)<br>(302) 652-0607 (Facsimile)<br>janderson@fr.com | CHONG LAW FIRM PA<br>*/s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: chong@chonglawfirm.com |
| Ricardo J. Bonilla<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 | ATTORNEYS FOR PLAINTIFF |

(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
rbonilla@fr.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with the Local Rules. As such, the foregoing was served on all counsel of record who have consented to electronic service. Pursuant to Fed. R. Civ. P. 5 and Local Rules, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this June 20, 2023.

*/s/ Jimmy Chong*

Jimmy Chong (#4839)