IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BACKERTOP LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-572-CFC |
| | ) | |
| CANARY CONNECT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| BACKERTOP LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-573-CFC |
| | ) | |
| AUGUST HOME, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this Twenty-first day of August in 2023:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that:

1. Ms. Lori LaPray is deemed in civil contempt of court for failing to comply with the Court's May 31, 2023 Memorandum Order (No. 22-572, D.I. 37; No. 22-573, D.I. 40) and July 10, 2023 Order (No. 22-572, D.I. 46; No. 22-573, D.I. 50) and refusing to participate further in these proceedings;

2

2. Beginning August 23, 2023, Ms. LaPray is hereby **FINED** $200 for each day that the Court is open and Ms. LaPray does not appear in Court for a hearing;

3. Backertop Licensing LLC's "Motion to Dismiss Contempt Proceeding" (No. 22-572, D.I. 54; No. 22-573, D.I. 58) is **DENIED**.

_____
CHIEF JUDGE